IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: **06-cv-02582-AP**

**ROBERT A. TRUJILLO,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**,

       Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
BRUCE C. BERNSTEIN
Attorney for Plaintiff
1828 Clarkson Street #100
Denver, CO 80218
(303) 830-3200
bcblaw@qwest.net

For Defendant:
THOMAS H. KRAUS
Special Assistant United States Attorney

Social Security Administration
Office of the General Counsel
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 848-0017
tom.kraus@ssa.gov

2.      **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3.      **DATES OF FILING OF RELEVANT PLEADINGS**

      A.      **Date Complaint Was Filed:**   December 27, 2006

      B.      **Date Complaint Was Served on U.S. Attorney's Office:**   January 4, 2007

      C.      **Date Answer and Administrative Record Were Filed**:   March 7, 2007

4.      **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Exhibit AC-3 (Tr.679-691) is incomplete, with several pages missing.  However, Exhibit AC-3 is duplicated in full at Tr. 692-705.

5.      **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff will supplement the record with medical and vocational records within 30 days.

6.      **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case raises no unusual claims or defenses.

7.      **OTHER MATTERS**

None.

8.      **PROPOSED BRIEFING SCHEDULE**

This case involves both a decision to cease previously awarded benefits and denial of a new application filed after the cessation decision.  The existing record spans almost twenty years and contains over 700 pages.  Thus,  the proposed briefing schedule is:

      A.      **Plaintiff's Opening Brief Due:**  May 5, 2007

      **B.**     **Defendant's  Response Brief Due:**  June 12, 2007

      **C.**     **Plaintiff's  Reply Brief (If Any) Due:**  July 2, 2007

## 9.  STATEMENTS REGARDING ORAL ARGUMENT

      **A.**     **Plaintiff's Statement:**  Plaintiff reserves the right to oral argument**.**

      **B.**     **Defendant's Statement:**  Defendant does not request oral argument.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

              ***Indicate below the parties' consent choice.***

      **A.**    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.**    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

***The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***

DATED this 23rd day of March, 2007.

                                    BY THE COURT:


                                     *S/John L. Kane*
                                    U.S. DISTRICT COURT JUDGE


APPROVED:



s/ Bruce C. Bernstein                    TROY A. EID
BRUCE C. BERNSTEIN                       UNITED STATES ATTORNEY
Attorney for Plaintiff

1828 Clarkson Street #100                s/ Thomas H. Kraus
Denver, CO 80218                         By: THOMAS H. KRAUS
(303) 830-3200
                                         Special Assistant U.S. Attorney
bcblaw@qwest.net


Attorney for Plaintiff                   Social Security Administration
                                         Office of the General Counsel
                                         1961 Stout Street, Suite 1001A
                                         Denver, Colorado 80294
                                         Telephone: (303) 844-0017

                                         tom.kraus@ssa.gov


                                         Attorneys for Defendant