IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-2582-AP**

**ROBERT A. TRUJILLO,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

      The Joint Motion to Vacate Briefing Schedule (doc. #12), filed May 1, 2007, is GRANTED. The briefing schedule is vacated and the case is STAYED. Within ten day of the order from the Appeals Council, the parties shall file either a request to lift the stay and a proposed briefing schedule, or their dismissal documents.

---

Dated:  May 3, 2007