IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-2582-AP**

**ROBERT A. TRUJILLO,**

   Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

   Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

  Plaintiff's Unopposed Motion to Establish Briefing Schedule (doc. #14), filed June 19, 2007, is GRANTED. The Stay is lifted. Plaintiff's Opening Brief is due July 6, 2007; Defendant's Response Brief is due August 3, 2007; Plaintiff's Reply Brief is due August 17, 2007.

---

Dated: June 19, 2007