IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-02582-AP**

**ROBERT A. TRUJILLO,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

Plaintiff's Motion to Vacate Briefing Schedule (doc. #17), filed July, 5, 2007, is GRANTED based on the representation that counsel for Defendant Mr. Kraus is unopposed. The briefing schedule is therefore VACATED and the case REMANDED to the Appeals Council for consideration of the entire record below, including the complete report of Dr. Weingarten.

In the meantime, this action shall be ADMINISTRATIVELY CLOSED pending the Appeals Council's review and may be reopened upon a showing of good cause following a final decision on the complete record by Defendant.

Dated: July 6, 2007                                              **s/John L. Kane**
                                                                             SENIOR U.S. DISTRICT JUDGE